IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WALTER MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 4:12-cv-00085-WTM-GRS |
| ) | |
| JACOB LAW GROUP, PLLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

**RESPECTFULLY SUBMITTED** this 8th day of May, 2012.

s/ Dennis R. Kurz
Dennis R. Kurz
Georgia Bar No. 430489
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com
Attorneys For Plaintiff, Walter Murray

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Southern District of Georgia using the CM/ECF system.

WEISBERG & MEYERS, LLC

s/ Dennis R. Kurz
Dennis R. Kurz
Georgia Bar No. 430489
WEISBERG & MEYERS, LLC
dkurz@attorneysforconsumers.com