IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WALTER MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 4:12-cv-00085-WTM-GRS |
| ) | |
| JACOB LAW GROUP, PLLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF DISMISSAL

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court, Southern District of Georgia Plaintiff's Voluntary Dismissal of this Case With Prejudice.

**RESPECTFULLY SUBMITTED** this 24th day of May, 2012.

                                                                 s/ Dennis R. Kurz
                                                                 Dennis R. Kurz
                                                                 Georgia Bar No. 430489
                                                                 WEISBERG & MEYERS, LLC
                                                                 5025 N. Central Ave. #602
                                                                 Phoenix, AZ 85012
                                                                 (888) 595-9111 ext. 412
                                                                (866) 842-3303 (fax)
                                                                dkurz@attorneysforconsumers.com
                                                                Attorneys For Plaintiff, Walter Murray

Notice Filed electronically on this 24th day of May, 2012, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch