IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WALTER MURRAY,                )
                              )
       Plaintiff,             )
                              )
v.                            )   CASE NO. CV412-085
                              )
JACOB LAW GROUP, PLLC,        )
                              )
       Defendant.             )
                              )

O R D E R

Before the Court is Plaintiff Walter Murray's Notice of Dismissal. (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant Jacob Law Group, PLLC has not filed an answer in this case, Plaintiff's motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA